1044

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ANTHONY ELLIOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 06-1-02132-4, Richard D. Hicks, J., entered December 13, 2007. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Bridgewater and Penoyar, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JASON A. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00541-5, Gordon Godfrey, J., entered March 17, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. JOEL PAUL REESMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 07-1-00090-9, John P. Wulle, J., entered March 19, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DEBORAH LYNN CARGO, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated October 14, 2009. Substitute opinion filed. See 154 Wn. App. 1042.